UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GUAN JIAN LU,  CIVIL NO. 12-1385 (DSD/JSM)

    Plaintiff,

v.  <u>ORDER</u>

AMERICAN WHOLE SALE LENDER,
COUNTRYWIDE HOME LOANS
SERVICING, LP, MERSCORP, INC.,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., DOES I-X and
ROE CORPORATIONS I-X,

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 6, 2012. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that this case is dismissed for lack of prosecution.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 28, 2012

                                          s/David S. Doty
                                          DAVID S. DOTY, Judge
                                          United States District Court